**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01972-NYW

WALTER TORRES GONZALEZ,

      Petitioner,

v.

JUAN BALTASAR, Warden of the Denver Contract Detention Facility, acting in his official capacity,
KELEI WALKER, Field Officer Director or Acting Field Officer Director, Denver Field Office, U.S. Immigration and Customs Enforcement, acting in her official capacity,
TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in his official capacity,
MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, acting in his official capacity,
TODD BLANCHE, Acting Attorney General of the United States, acting in his official capacity,
US IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
DEPARTMENT OF HOMELAND SECURITY,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 20, 2026 [Doc. 16], it is

ORDERED that in light of the Notice of Withdrawal [Doc. 15], Petitioner's Motion to Enforce and/or for an Order to Show Cause Regarding Respondent's Failure to Comply with the Court's Release Order [Doc. 13] is DENIED as moot.  It is

FURTHER ORDERED that because Petitioner has received the relief to which he is entitled, i.e. release from custody, final judgment is hereby entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 21st day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk